USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-17-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

<u>**ORDER**</u>

**18-CR-420 (ALC)**

-against-

Andrew Rocco,

Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Change of Plea Hearing is scheduled for **January 29, 2020** at **2:30 p.m.**

**SO ORDERED.**

Dated: New York, New York
January 17, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE