USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                  **ORDER**

                                  **18-CR-420 (ALC)**

-against-

Andrew Rocco,

        Defendant(s)

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A status conference is scheduled for **February 6, 2020** at **12:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
       February 5, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**