USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

Andrew Rocco,

Defendants

18-CR-420 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

The Court orders that the defendant be placed on suicide watch while in custody.

**SO ORDERED.**

Dated: February 6, 2020
New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge