USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-19-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

**ORDER**
18-CR-420 (ALC)

-against-

Andrew Rocco,

        Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A status conference is scheduled for **February 24, 2020** at **2:15 p.m.**

**SO ORDERED.**

Dated: New York, New York
      February 19, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**