USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-25-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 18-CR-420 (ALC) |
| Andrew Rocco, | **ORDER** |
| Defendants | |

**ANDREW L. CARTER, JR., United States District Judge:**

Mr. Rocco was previously ordered to be on suicide watch. The Court is now canceling that order and, orders that Mr. Rocco be removed from suicide watch.

**SO ORDERED.**

**Dated: February 24, 2020**
      **New York, New York**

_____
ANDREW L. CARTER, JR.
United States District Judge