ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

**MEMO ENDORSED**

March 27, 2020

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/31/20

    Re:    United States v. Andrew Rocco
              18 Cr. 420 (ALC)

Dear Judge Carter:

    I am the attorney for Andrew Rocco, the defendant in the above-referenced matter. This letter is respectfully submitted, with the consent of the government, to request a one-month adjournment of Mr. Rocco's sentencing, which is presently scheduled for May 29, 2020. Mr. Rocco pleaded guilty on January 29, 2020, and has not yet had his presentence interview due to the restrictions on legal visiting posed by the MCC lockdown in early March, and now, the COVID-19 pandemic. A presentence interview is currently scheduled with USPO Paul Hay for April 28, 2020. In order to allow sufficient time for preparation of the PSR and the parties' sentencing submissions, it is respectfully requested that Mr. Rocco's sentence be adjourned by one month. I have conferred with AUSA Jacob Warren and both parties are available for sentencing on June 30 or July 1, 2020 after 12:00 p.m.

    The Court's time and attention to this matter is appreciated.

Respectfully submitted,

/s/

Jeremy Schneider

cc:    AUSA Jacob E. Warren (by ECF)
        USPO Paul Hay (by Email)

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
3/30/20

Sentencing adjourned to 7/7/20 at 11:15 a.m.