USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 4, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

   **UNITED STATES OF AMERICA**       :

                **-against-**               :      **18-CR-420 (ALC)**

                                    :      <u>**ORDER**</u>

   **ANDREW ROCCO,**                :

                     **Defendants.**  :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Bail Hearing set for **May 8, 2020** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: May 4, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**