UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 8, 2020

---------------------------------------------

UNITED STATES

vs.

Andrew Rocco

---------------------------------------------

ORDER

18   CR 420 (ALC)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Andrew Rocco, Reg # (54944) -048, be released from custody, subject to previously applicable bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

5/8/2020
_____
Date