USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __May 11, 2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

   **UNITED STATES OF AMERICA**       :
                                                                 :

                **-against-**        :    **18-CR-420 (ALC)**

                                                                 :    **ORDER**

   **ANDREW ROCCO,**         :

                     **Defendants.**  :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     A Telephone Conference is set for **May 13, 2020** at **11:00 a.m.**  The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: May 11, 2020**
       **New York, New York**

                                                                           _____
                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**