**MEMO ENDORSED**

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  Tel: (212) 571-5500
Jeremy Schneider  Fax: (212) 571-5500
Robert A. Soloway
David Stern
_____
Rachel Perillo

July 2, 2020

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/9/20

    Re:    United States v. Hernandez et al.,
           Including ANDREW ROCCO
           18 Cr. 420 (ALC)

Dear Judge Carter:

    I am the attorney for Andrew Rocco, the defendant in the above-referenced matter. This letter is respectfully submitted, with the consent of the government, by AUSA Jacob Warren, to request an adjournment of Mr. Rocco's sentencing, presently scheduled for July 28, 2020 at 10:00 a.m. Due to the ongoing COVID-19 pandemic and related court closures, and the uncertainty of when in-person court proceedings will resume, it is respectfully requested that the July 28, 2020 sentencing date be adjourned to November 17, 18, or 19, 2020, at any time that is convenient for the court.

    The Court's time and attention to this matter is appreciated.

                                                                          Respectfully submitted,

                                                                            /s/

                                                                       Jeremy Schneider

cc:    AUSA Jacob E. Warren (by ECF)

        The application is granted.
        Sentencing adjourned to 11/17/20 at
        10:00 a.m.
        So Ordered.  /s/ Andrew L. Carter  7/9/20