**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/23/20__

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  
_____  
Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5500

October 21, 2020

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

　　　　Re:　United States v. Hernandez et al.,
　　　　　　 Including ANDREW ROCCO
　　　　　　 <u>18 Cr. 420 (ALC)</u>

Dear Judge Carter:

　　I am the attorney for Andrew Rocco, the defendant in the above-referenced matter. This letter is respectfully submitted with the consent of the government, by AUSA Jacob Warren, to request an adjournment of Mr. Rocco's sentencing, which is presently scheduled for November 17, 2020 at 10:00 a.m. Due to the ongoing COVID-19 pandemic and related limitations on in-person court proceedings, as well as the fact that I suffer from underlying medical issues, it is respectfully requested that the November 17 sentencing date be adjourned to a date in mid-February 2021, at any time that is convenient for the Court.

　　The Court's time and attention to this matter is appreciated.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　Jeremy Schneider

cc:　AUSA Jacob E. Warren (by ECF)

**The application is GRANTED. Sentencing adjourned to 3/4/21 at 11:00 a.m. So Ordered.**

/s/ Andrew L. Carter
10/23/20