USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,          :
                                                           :
                                    **Plaintiff,**          :
                                                           :          **18-CR-420 (ALC)**
      -against-                              :
                                                           :          **ORDER**
**ANDREW ROCCO,**                       :
                                                           :
                                **Defendant.**          :
                                                           :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      A Telephone Bail Review Hearing is set for **December 17, 2020** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **New York, New York**
               **December 3, 2020**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**