USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/17/20__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                 **Plaintiff,**

           **-against-**

**ANDREW ROCCO,**

                 **Defendant.**

-------------------------------------------------------------------- x

**18-CR-420 (ALC)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Bail Review Hearing is set for **December 22, 2020** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**      **New York, New York**
              **December 17, 2020**

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**