**MEMO ENDORSED**

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                   Tel: (212) 571-5500
Jeremy Schneider                                      Fax: (212) 571-5500
Robert A. Soloway
David Stern

———

Rachel Perillo

February 16, 2021

<u>**By ECF**</u>
Honorable Andrew L. Carter, Jr.                    USDC SDNY
United States District Judge                       DOCUMENT
Southern District of New York                      ELECTRONICALLY FILED
40 Foley Square                                    DOC#: _____
New York, New York 10007                           DATE FILED: __2/17/21__

      Re:    United States v. Hernandez et al.,
              Including ANDREW ROCCO
              <u>18 Cr. 420 (ALC)</u>

Dear Judge Carter:

      I am the attorney for Andrew Rocco, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Christopher Clore, to request an adjournment of Mr. Rocco's sentencing, which is presently scheduled for March 4, 2021 at 11:00 a.m. Due to the ongoing COVID-19 pandemic and related limitations on in-person court proceedings, it is respectfully requested that the March 4th sentencing date be adjourned to June 10, 2021, at 10:00 a.m., a date and time, that I understand is convenient for the Court and the government.

      The Court's time and attention to this matter is appreciated.

Respectfully submitted,

/s/

Jeremy Schneider

cc:    AUSA Jacob E. Warren (by ECF)
       AUSA Christopher Clore (by ECF)

                      The application is **GRANTED**.
                      Sentencing adjourned to 6/10/21 at 10:00 a.m.
                      So Ordered.

/s/ Andrew L. Carter  2/17/21