# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**
**Jeremy Schneider**
**Robert A. Soloway**
**David Stern**

———————————

Rachel Perillo

Tel: 212-571-5500
Fax: 212-571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/18/21__

March 18, 2021

By ECF and EMAIL
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 1007

      Re: United States V. Hernandez et al.,
         Including ANDREW ROCCO
         18 Cr. 420 (ALC).

Dear Judge Carter:

    I represent Andrew Rocco in the above referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Christopher Clore, to request a one time modification of Mr. Rocco's bail conditions to permit him to go to the nearest Department of Motor Vehicles to obtain a New York State identification card.

    I am informed by PO Ovalles that even though Andrew has been "overall compliant" and "continues to participate in telehealth drug treatment… as a matter of policy with respect to defendants on home incarceration, pre-trial takes no position on this request to visit the DMV." Furthermore, he said that "if Judge Carter grants the request, he would work with Andrew on setting an appropriate schedule."

If your Honor has any questions or requires additional information, please do not hesitate to contact me.

The Court's time and attention to this matter is appreciated.

                                                    Respectfully submitted,

                                                    /s/

                                                    Jeremy Schneider

The application is **GRANTED**.
So Ordered.

*[Signature: Andrew L. Carter]* 3/18/21

Cc:    AUSA Jacob E. Warren
        AUSA Christopher Clore
        USPSO Marlon Ovalles

Case 1:18-cr-00420-ALC   Document 682   Filed 03/18/21   Page 3 of 3