## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: 212-571-5500
Fax: 212-571-5507

April 30, 2021

<u>By ECF and EMAIL</u>
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 1007

      Re: United States V. Hernandez et al.,
          Including ANDREW ROCCO
          <u>18 Cr. 420 (ALC).</u>

Dear Judge Carter:

    I represent Andrew Rocco in the above referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Christopher Clore, to request a one time modification of Mr. Rocco's bail conditions to permit him to attend the wake/funeral service for his uncle on Monday May 3rd, 2021 at Manhattan Funeral Service 2242 1st Ave. NY NY.

    I am informed by PO Ovalles that even though Andrew has continued to be fully compliant with all of his bail requirements, as a matter of policy with respect to defendants on home incarceration, pre-trial does not consent to this request.

*[Signed: Andrew L. Carter, 5/3/21]*

If your Honor has any questions or requires additional information, please do not hesitate to contact me.

The Court's time and attention to this matter is appreciated.

Respectfully submitted,

/s/

Jeremy Schneider

The application is **GRANTED.**
So Ordered.

*Andrea␣J␣Cater* 5/3/21