MEMO ENDORSED

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/3/21__

May 27, 2021

**By ECF and EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   United States v. Hernandez et al.,
              Including ANDREW ROCCO
              18 Cr. 420 (ALC)

Dear Judge Carter:

    I represent Andrew Rocco in the above referenced matter. This letter is respectfully submitted at the suggestion of Pre-Trial Services Officer, Marlon Ovalles and with the government, by AUSA Christopher Clore deferring to Pre-Trial's position, to request a modification of Mr. Rocco's bail conditions from Home Incarceration enforced by Location Monitoring, to a Curfew, with hours to be set by Pre-Trial Services, enforced by Location Monitoring.

    I am informed by PO Ovalles that Andrew has been overall compliant with all his bail requirements since May of last year. He has successfully completed drug treatment and has tested negative for all illicit substances. Modifying his bail conditions will allow Andrew to seek and secure employment.

    If your Honor has any questions or requires additional information, please do not hesitate to contact me.

Hon. Andrew L. Carter, Jr.
May 27, 2021
Page Two

    The Court's time and attention to this matter is appreciated.

Respectfully submitted,

/s/

Jeremy Schneider

cc:    AUSA Jacob E. Warren (by ECF/Email)
        AUSA Christopher Clore (by ECF/Email)
        Pre-Trial Services Officer, Marlon Ovalles (by Email)

**The application is GRANTED.**
**So Ordered.**

*/s/ Andrew L. Carter, Jr.*    6/3/21