**MEMO ENDORSED**

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

September 14, 2021

**By ECF and EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/14/21__

      Re:    United States v. Hernandez et al.,
                  Including ANDREW ROCCO
                  18 Cr. 420 (ALC)

Dear Judge Carter:

      I am the attorney for Andrew Rocco, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Christopher Clore, to request an adjournment of Mr. Rocco's sentencing, which is presently scheduled for September 17, 2021 at 2:00 p.m. Due to the ongoing COVID-19 pandemic and related limitations on in-person court proceedings, as well as my present medical condition, it is respectfully requested that the sentencing date be adjourned to November 18, 2021, at 2:00 p.m., a date and time that I understand is convenient for the Court and the government.

      The Court's time and attention to this matter is appreciated.

                                                        Respectfully submitted,

                                                         /s/

                                                          Jeremy Schneider

cc:    AUSA Jacob E. Warren (by ECF/Email)
        AUSA Christopher Clore (by ECF/Email)

                    The application is **GRANTED.**
                    So Ordered.

                    /s/ Andrew L. Carter  9/14/21