Case 1:18-cr-00420-ALC Document 771 Filed 11/09/21 Page 1 of 1
MEMO ENDORSED
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/9/21__

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |

Rachel Perillo

November 9, 2021

**By ECF & E-mail**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Hernandez et al.,
             Including ANDREW ROCCO
             18 Cr. 420 (ALC)

Dear Judge Carter:

    I am the attorney for Andrew Rocco, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Christopher Clore, to request an adjournment of Mr. Rocco's sentencing, presently scheduled for November 18, 2021 at 2:00 p.m., to February 17, 2022 at 3:30 p.m., a date and time that I understand is convenient for the Court. An adjournment is needed due to the ongoing COVID-19 pandemic, my present medical condition, and the fact that we are still gathering information needed to supplement Mr. Rocco's sentencing submission.

    The Court's time and attention to this matter is appreciated.

Respectfully submitted,

/s/

Jeremy Schneider

cc:    AUSA Jacob E. Warren (by ECF/Email)
       AUSA Christopher Clore (by ECF/Email)

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter, Jr.*
11/9/21