USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-6-22

# MEMO ENDORSED

## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

January 6, 2022

**By ECF and EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: United States v. Hernandez et al.,
> Including ANDREW ROCCO
> 18 Cr. 420 (ALC)

Dear Judge Carter:

I represent Andrew Rocco in the above referenced matter. While Mr. Rocco is presently scheduled to be sentenced on February 17, 2022, this date may be postponed due to COVID-19. This letter is respectfully submitted at the suggestion of Pretrial Services Officer Marlon Ovalles to request a modification of Mr. Rocco's bail conditions to remove the condition of a curfew with location monitoring. The government, by AUSA Christopher Clore, defers to the position of Pretrial Services.

Mr. Rocco has been on pretrial release since May 2020. He was initially released to home incarceration with location monitoring, and after approximately thirteen months, the Court removed the condition of home incarceration and imposed a curfew enforced by location monitoring. Mr. Rocco seeks the requested modification because it will increase his options for employment opportunities, as he is interested in working overnight shifts, but Pretrial Services does not permit overnight schedules for defendants on location monitoring. P.O. Ovalles informs counsel that Mr. Rocco has been generally compliant for the last 21 months of his pretrial release and therefore consents to the removal of the curfew and location monitoring.

If your Honor has any questions or requires additional information, please do not hesitate to contact me.

        The Court's time and attention to this matter is appreciated.

                                        Respectfully submitted,

                                                /s/

                                        Jeremy Schneider

cc:    AUSA Jacob E. Warren (by ECF/Email)
       AUSA Christopher Clore (by ECF/Email)
       Pretrial Services Officer, Marlon Ovalles (by Email)

The application is ✓ granted.
                      denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 1-6-22
         NY, New York