```
                                                          USDC SDNY
                                                          DOCUMENT
UNITED STATES DISTRICT COURT                              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                             DOC#: _____
                                                          DATE FILED: 8-11-22
------------------------------------------------------------- x
UNITED STATES OF AMERICA,                   :
                                            :
                            Plaintiff,      :
                                            :    18-CR-420 (ALC)
            -against-                       :
                                            :    ORDER
ANDREW ROCCO,                               :
                                            :
                            Defendant.      :
                                            :
                                            :
------------------------------------------------------------- x
```

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **August 16, 2022** at 2:00 p.m.

SO ORDERED.

Dated:     New York, New York
           August 11, 2022

                                    _____
                                    ANDREW L. CARTER, JR.
                                    United States District Judge