```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-18-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                      Plaintiff,

    -against-　　　　　　　　　　　　　　　　18-CR-420 (ALC)

ANDREW ROCCO,　　　　　　　　　　　　　**ORDER**

                     Defendant.

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Violation of Supervised Release Hearing set for October 20, 2022 is rescheduled to **October 18, 2022** at **11:00 a.m.**

**SO ORDERED.**

Dated:    New York, New York
             October 17, 2022

                                        ANDREW L. CARTER, JR.
                                        United States District Judge