ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                                      Tel: (212) 571-5500
Jeremy Schneider                                                         Fax: (212) 571-5507
Robert A. Soloway
David Stern
_____
Rachel Perillo

March 21, 2023

**By ECF & E-mail**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___3/22/23___

Re:   United States v. Hernandez et al.,
      Including ANDREW ROCCO
      18 Cr. 420 (ALC)

Dear Judge Carter:

I am the attorney for Andrew Rocco, the defendant in the above-referenced matter. Mr. Rocco is scheduled to be sentenced on a violation of supervised release on April 4, 2023. Without objection from the government, by AUSA Jaclyn Delligatti, I write to respectfully request an adjournment of Mr. Rocco's sentencing to April 12, 2023 at 3:30 p.m., a date and time that I understand is convenient for the Court. An adjournment is needed because I am unable to appear on April 4 as I will be traveling with family for the Passover holiday. It is also respectfully requested that the deadlines for sentencing submissions be extended in accordance with the new sentencing date.

The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   AUSA Jaclyn Delligatti (by ECF & Email)

The entire application is **GRANTED**. The sentencing is adjourned to 4/12/23 to 3:30 p.m.
So Ordered.

3/22/23