MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-9-25

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

November 18, 2025

**VIA ECF**
Hon. Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  United States v. Andrew Rocco
           18 Cr. 420 (ALC)

Dear Judge Carter:

    I represented Mr. Andrew Rocoo in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 126.4 hours, nunc pro tunc to July 31, 2018, assisting me in both the criminal and VOSR matters. Much of that time involved correspondence, assistance with legal research and writing, the bail application, the sentencing memorandum and communication with client.

    I apologize for not seeking pre-approval of the hours of my associate, but it is respectfully requested that your Honor approve payment at an hourly rate of $134.00 for associate time in this matter. Thank you very much.

Sincerely,

*Jeremy Schneider*

Jeremy Schneider

The application is  ✓ granted.
                 denied.

Andrew L. Carter Jr, U.S.D.J.

JS/sc    Dated: December 9, 2025
           NY, New York